1 **NOT FOR PUBLICATION**

6 IN THE UNITED STATES DISTRICT COURT
7 FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Christopher Moquin,<br><br>    Plaintiff,<br><br>vs.<br><br>Chris Vasquez,<br><br>    Defendant. | No. CV06-2683-PHX-SRB<br><br>**ORDER** |

Plaintiff, Christopher Moquin, filed his Civil Rights Complaint on November 8, 2006. On April 30, 2007, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by May 21, 2007. No service packet was returned. On June 29, 2007 an Order to Show Cause was issued giving Plaintiff "until August 3, 2007 to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's order of April 30, 2007, and Plaintiff's failure to effect service of process on Defendant as required by the Court's order of, (sic) and Rule 4, Federal Rules of Civil Procedure."

On August 14, 2007, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1  The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5  IT IS FURTHER ORDERED dismissing this case without prejudice.
6  IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

8  DATED this 5th day of September, 2007.

_____
Susan R. Bolton
United States District Judge